# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | NO. 5:20-mj-00011 |
|---|---|
| v. | (SAPORITO, M.J.) |
| EDGAR MENDOZA, | |
| Defendant. | |

## ORDER

**AND NOW, this 3rd day of April, 2020,** in accordance with the accompanying Memorandum of this date, **IT IS HEREBY ORDERED** that the defendant's motion for review of detention order (Doc. 19) is **DENIED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: April 3, 2020